No. 465. Woods *v.* Interstate Realty Co. C. A. 5th Cir. Certiorari granted. *William H. Watkins* and *P. H. Eager, Jr.* for petitioner. *John A. Osoinach* for respondent.

*Certiorari Denied.*

No. 450. Pollard et al. *v.* Hawfield et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Luther Robinson Maddox* for petitioners. *Albert Brick* for respondents.

No. 471. Wilson Bros. & Co. *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. *George M. Naus* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 483. Dixie Cup Co. *v.* Paper Container Mfg. Co. C. A. 3d Cir. Certiorari denied. *Carlton Hill, Charles F. Meroni, William A. Smith, Jr.* and *William H. Foulk* for petitioner. *Thomas Cooch, Franklin M. Warden* and *Casper W. Ooms* for respondent.

No. 497. Bomar *v.* Keyes et al. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *John P. McGrath* and *Seymour B. Quel* for respondent.

No. 498. American Locomotive Co. *v.* Chemical Research Corp.; and

No. 499. American Locomotive Co. *v.* Gyro Process Co. C. A. 6th Cir. Certiorari denied. *Charles H. Tuttle, C. Dickerman Williams* and *Theodore L. Harrison* for